ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Koontz Electric Company, Inc. | ) ASBCA No. 62366 |
| | ) |
| Under Contract No. W91278-13-C-0001 | ) |

APPEARANCE FOR THE APPELLANT:    Terry L. Salazar, Esq.
  Quilling, Selander, Lownds, Winslett
    & Moser, P.C.
  Dallas, TX

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
 David C. Brasfield, Jr., Esq.
 Donna Ward Black, Esq.
 Kaley E. Angus, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Mobile

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 21, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62366, Appeal of Koontz Electric Company, Inc., rendered in conformance with the Board's Charter.

Dated:  February 21, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals